UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LAVELLE WALKER,<br><br>Defendant. | Case No. 4:16-cr-00111-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant William Lavelle Walker's Motion to Clarify/Amend Judgment. Dkt. 318. For the reasons below, the Court denies the Motion.

# BACKGROUND

Following a period of imprisonment due to a criminal conviction, Walker began serving a term of supervised release in January 2022. On June 24, 2025, this Court conducted a hearing in response to a probation officer's petition alleging Walker violated the terms of his supervised release. At the hearing, the Court took judicial notice of Walker's conviction for Grand Theft in violation of Idaho Code § 18-2403(1), case number CR42-24-4228 in Twin Falls County District Court. Based on this conviction, the Court determined that Walker violated a mandatory

condition of his supervised release. The Court then revoked Walker's supervised release and ordered that he be imprisoned for 8 months with no supervision to follow. *Judgment* at 1-2, Dkt. 315 at 1-2. The Court directed that "[t]he term of imprisonment imposed by this judgment shall run concurrently with the defendant's term of imprisonment pursuant to the judgment in docket number CR42-24-4228." *Judgment* at 2, Dkt. 315 at 2. The Court also recommended to the Bureau of Prisons that Walker "be credited with all time served in federal custody." *Judgment* at 2, Dkt. 315 at 2.

Walker has filed a Motion to Clarify/Amend Judgment. Dkt. 318. He notes that in calculating his release date from federal custody, the Bureau of Prisons has not credited him for time served in federal custody prior to the date he was sentenced. Dkt. 318 at 2-3. Walker requests that the Court amend or clarify the Judgment to "correctly reflect the time intended to be credited for time served." Dkt. 318 at 3.

## DISCUSSION

In consideration of Walker's Motion, the Court has reviewed the June 24, 2025 hearing transcript. Nothing in that transcript, or in the Court's recollection of the sentence it intended to impose, indicates that the Court intended Walker's sentence to be imposed other than as calculated by the Bureau of Prisons. The Court therefore denies Walker's Motion.

## ORDER

**IT IS ORDERED** that Defendant's Motion to Clarify/Amend Judgment (Dkt. 318) is DENIED.

DATED: October 21, 2025

_____
B. Lynn Winmill
U.S. District Court Judge